

FILED

MAY 1 4 2020

CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT

DEPUTY

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | Western _____ District of Oklahoma |
|---|---|
| Name (under which you were convicted):<br><br>Ray White | Docket or Case No.:<br><br>CIV-20-449-C |
| Place of Confinement:<br>Lawton Correctional Facility<br>8607 SE Flower Mound Rd.<br>Lawton, OK 73501 | Prisoner No: # 594828 |
| Petitioner (include the name under which you were convicted)<br><br>Ray white _____ , | Respondent (authorized person having custody of petitioner)<br><br>Scott Crow _____ , ODOC Director,. |
| The Attorney General of the State of Oklahoma |||

### PETITION

1.  (a)  Name and location of court that entered the judgment of conviction your are challenging: _____

    District Court of Comanche county

    (b)  Criminal docket or case number (if you know): CF-2015-642

2.  (a)  Date of the judgment of conviction (if you know): Feb. 2, 2017

    (b)  Date of sentencing: April 4, 2017

3.  Length of sentence: life with out parole

4.  In this case, were you convicted on more than one count or of more than one crime? Yes [✓]    No [ ]

5.  Identify all crimes of which you were convicted and sentenced in this case: _____

    I Murder, first Degree

    II Possession of Firearm, Afc

6.  (a)  What was your plea? (Check one)

    (1) Not guilty [✓]        (3) Nolo contendere (no contest)  [ ]

    (2) Guilty  [ ]           (4) Insanity plea  [ ]

    (b)  If you entered a guilty plea to one count or charge and not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____ N/A

(c)  If you went to trial, what kind of trial did you have? (Check one)

Jury  [✓]  Judge only  [ ]

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes [ ]          No [✓]

8.  Did you appeal from the judgment of conviction?

Yes [✓]          No [ ]

9.  If you did appeal, answer the following:

(a)  Name of court: _Okla. court of Appeals_

(b)  Docket or case number (if you know): _F-2017-343_

(c)  Result: _Affirmed conviction_

(d)  Date of result (if you know): _Feb. 14, 2019_

(e)  Citation to the case (if you know): _____

(f)  Grounds raised: _The evidence is insufficient to support Mr. White's Conviction for malice Aforethought Murder_

_The evidence is insufficient to support Mr. White's Conviction for Possession of a firearm, after former Conviction_

_Mr. White's Fourteenth Amendment Due process Rights pursuant to the United States constitution were violated when_

(g)  Did you seek further review by a higher state court?  Yes [ ]          No [✓]          (See other paper)

If yes, answer the following:

(1)  Name of court: _N/A_

(2)  Docket or case number (if you know): _N/A_

(3)  Result: _N/A_

(4)  Date of result (if you know): _N/A_

(5)  Citation to the case (if you know): _N/A_

(6)  Grounds raised: _N/A_

(h)  Did you file a petition for certiorari in the United States Supreme Court?

Yes [ ]          No [✓]

If yes, answer the following:

(1)  Docket or case number (if you know): _N/A_

3

When the Trial court failed to properly Instruct the Jury

Admission of other Bad Acts Evidence preJudiced The Jury, Deprived Mr. white of his Fundamental Right to a fair trial, and warrants Reversal of the Sentences

The Trial court committed preJudicial Error In Admitting the Result's of Mr. White's Gun Residue Test Into Evidence on the Basis That the test Violated Mr. White's Fourth Amendment Rights As it was Not Justified without a Search warrant.

Mr. White was Deprived of the Effective Assistance of counsel In violation of the Sixth and fourteenth Amendments to the United States constitution

Mr. White's Sentence is Excessive

The Cumulative Effect of all the Errors Addressed Above Deprived Mr. white of A Fair trial

(2) Result: __N/A__

(3) Date of result (if you know): __N/A__
(4) Citation to the case (if you know): __N/A__

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes [ ]     No [✓]

11. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of court: __N/A__
       (2) Docket or case number (if you know): __N/A__
       (3) Date of filing (if you know): __N/A__
       (4) Nature of the proceeding: __N/A__
       (5) Grounds raised: __N/A__

       (6) Did you receive a hearing where evidence was given on your petition, application or motion?
           Yes [ ]     No [✓]
       (7) Result: __N/A__
       (8) Date of result (if you know): __N/A__

   (b) If you filed any second petition, application, or motion, give the same information:
       (1) Name of court: __N/A__
       (2) Docket or case number (if you know): __N/A__
       (3) Date of filing (if you know): __N/A__
       (4) Nature of the proceeding: __N/A__
       (5) Grounds raised: __N/A__

4

(6) Did you receive a hearing where evidence was given on your petition, application or motion?

Yes [ ]    No [✓]

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _N/A_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _N/A_

(5) Grounds raised: _N/A_

(6) Did you receive a hearing where evidence was given on your petition, application or motion?

Yes [ ]    No [✓]

(7) Result: _N/A_

(8) Date of result (if you know): _N/A_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    Yes [ ]    No [ ]    N/A [✓]

(2) Second petition:  Yes [ ]    No [ ]    N/A [✓]

(3) Third petition:   Yes [ ]    No [ ]    N/A [✓]

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____ _N/A_

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** The Evidence is Insufficient to Support Mr. White's conviction for Malice Aforethought murder

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The State's physical evidence was inconclusive. Therefore, the State's case had to rely on the eyewitness testimony of Frank Crowley, a convicted felon whose testimony was fraught with inconsistency. Because this evidence was also unreliable, State failed to prove the required element of first-degree murder

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes [✓]    No [ ]

    (2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [ ] No [ ] N/A [✓]

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: N/A

    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

6

(3)   Did you receive a hearing on your motion or petition?

Yes [ ]      No [ ]      N/A [✓]

(4)   Did you appeal from the denial of your motion or petition?

Yes [ ]      No [ ]      N/A [✓]

(5)   If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes [ ]      No [ ]      N/A [✓]

(6)   If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___N/A___

Docket or case number (if you know): ___N/A___

Date of the court's decision: ___N/A___

Result (attach a copy of the court's opinion or order, if available): ___N/A___

(7)   If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ___
___N/A___

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ___None___

GROUND TWO: ___The Evidence is Insufficient to Support Mn. White's conviction for possession of A FireArm, After Former conviction.___

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ___The State failed to Show that Mn. White had a Knowing and willfull possession of the Weapon in Question.___

7

(b)   If you did not exhaust your state remedies on Ground Two, explain why: ___N/A___

(c)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?
Yes [✓]     No [ ]

(2)   If you did not raise this issue in your direct appeal, explain why: ___N/A___

(d)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [ ]  No [ ]  N/A [✓]

(2)   If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: ___N/A___
Name and location of the court where the motion or petition was filed: ___N/A___

Docket or case number (if you know): ___N/A___
Date of the court's decision: ___N/A___
Result (attach a copy of the court's opinion or order, if available): ___N/A___

(3)   Did you receive a hearing on your motion or petition?
Yes [ ]      No [ ]      N/A [✓]

(4)   Did you appeal from the denial of your motion or petition?
Yes [ ]      No [ ]      N/A [✓]

(5)   If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes [ ]      No [ ]      N/A [✓]

(6)   If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: ___N/A___

Docket or case number (if you know): ___N/A___
Date of the court's decision: ___N/A___

8

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __ N/A __

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: __none__

**GROUND THREE:** Mr. White's Fourteenth Amendment Due Process Rights pursuant to the united States Constitution were violated when the trial Court failed to properly instruct the Jury

(a)    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __ Mr. White was denied the right to have the Jury instructed on a lesser included offense of Second Degree murder

(b)    If you did not exhaust your state remedies on Ground Three, explain why: __ N/A

(c)    **Direct Appeal of Ground Three:**
   (1)    If you appealed from the judgment of conviction, did you raise this issue?
          Yes [✓]     No [ ]
   (2)    If you did __not__ raise this issue in your direct appeal, explain why: __ N/A

**(d)** **Post-Conviction Proceedings:**

(1)    Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [ ]    No [ ]    N/A [Y]

(2)    If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ____ N/A

Name and location of the court where the motion or petition was filed: ____ N/A

Docket or case number (if you know): N/A

Date of the court's decision: ____ N/A

Result (attach a copy of the court's opinion or order, if available): ____ N/A

(3)    Did you receive a hearing on your motion or petition?
Yes [ ]        No [ ]        N/A [Y]

(4)    Did you appeal from the denial of your motion or petition?
Yes [ ]        No [ ]        N/A [Y]

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes [ ]        No [ ]        N/A [Y]

(6)    If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____ N/A

Docket or case number (if you know): ____ N/A

Date of the court's decision: ____ N/A

Result (attach a copy of the court's opinion or order, if available): ____ N/A

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ____ N/A

**(e)** **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ____ None

**GROUND FOUR:** Admission of other bad Acts Evidence prejudiced the Jury Deprived Mr. White of his Fundamental Right to A Fair Trial, and Warrants Reversal of The Sentences.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Mr. White was denied his right to a fair Trial when the state was allowed to introduce evidence of other bad acts, of his prior arrests, Warrants, and gang affiliation.

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes [✓]    No [ ]

   (2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [ ]  No [ ]  N/A [✓]

   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: N/A
   Name and location of the court where the motion or petition was filed: N/A

   Docket or case number (if you know): N/A
   Date of the court's decision: N/A

11

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3)    Did you receive a hearing on your motion or petition?

Yes [ ]       No [ ]       N/A [✓]

(4)    Did you appeal from the denial of your motion or petition?

Yes [ ]       No [ ]       N/A [✓]

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes [ ]       No [ ]       N/A [✓]

(6)    If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: __N/A__

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: __None__

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes [✗]       No [ ]

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: __N/A__

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____
_____ *NO* _____
_____
_____
_____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  Yes [ ]      No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available: _____
_____ *N/A* _____
_____
_____
_____
_____
_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, state or federal, for the judgment you are challenging?  Yes [ ]      No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____ *N/A* _____
_____
_____
_____

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
(a)    At preliminary hearing: *Teressa Williams P.O. Box 2095, 1309 West Coore Blvd. Lawton, Okla. 73502*
(b)    At arraignment and plea: *Teressa Williams*
(c)    At trial: *Teressa Williams*
(d)    At sentencing: *Teressa Williams*

(e)   On appeal : *Katrina Conrad-Legler, Okla. Indigent Defense Sys. P.O. Box 926, Norman, Okla. 73070*

(f)   In any post-conviction proceeding: _____ *N/A* _____

(g)   On appeal from any ruling against you in a post-conviction proceeding: _____ *N/A* _____

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes [ ]     No [X]

(a)   If so, give name and location of court that imposed the other sentence you will serve in the future: _____ *N/A* _____

(b)   Give the date the other sentence was imposed: _____ *N/A* _____

(c)   Give the length of the other sentence: _____ *N/A* _____

(d)   Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes [ ]     No [ ]  *N/A*

18.   TIMELINESS OF PETITION:  If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition:* _____

_____ *Petition is Timely* _____

14

# Ground Five

The Trial court committed prejudicial Error in Admitting the Results of Mr. White's Gun Residue Test Into Evidence on the Basis That the Test violated ~~Appellant's~~ Mr. White's Fourth Amendment Rights As It was not Justified Without A Search warrant.

Supporting Facts:

The Trial Court unconstitutionally allowed evidence to be heard and seen by The jury. The GSR test was obtained in violation of Mr. White's constitutional rights. The Search of mr. White's hands and face violated his fourth Amendment rights and fifth Amendment

This issue was raised in Direct Appeal

Ground Six
.
Mr. White was deprived of the effective
Assistance of Counsel in violation of the
Sixth and Fourteenth Amendments to the
United States constitution ~~~~

Supporting Facts: Defense Counsel's failure to
present exculpatory evidence properly impeach
the witnesses, or object to certain actions
by the trial court demonstrates deficient
performance. Counsel failed to follow through with an
investigation of the State's discovery turned over to Counsel
Counsel failed to investigate crime scene photos showing
Cross contamination of the weapon and the grey hoodie. and
Seven shell casings-also - on top of the grey hoodie. Photos
of the gun being taken back to the motel room and placed
on bed with nothing as a barrier. Counsel failed to
.

This issue was raised on Direct Appeal.

# Ground Seven

The cumulative Effect of All the Errors Addressed Above Deprived Mr. White of A fair Trial

Supporting Facts: The culmination of the errors in Mr. White's case, upon proper review, cannot be considered harmless beyond a reasonable doubt. The errors Taken together, deprived Mr. White of a fair trial.

This issue was raised in Direct Appeal

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one year period of limitation shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgement of a State court. The limitation period shall run from the latest of –

(A)  the date on which the judgement became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)  the date on which the impediment to filing an application created by State action in violation of the Constitutional laws of the United States is removed if the applicant was prevented from filing by such state action;

(C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

THEREFORE, Petitioner asks that the Court grant the following relief: _Reverse the Conviction with instructions to dismiss, order a New Trial or any other Relief that This Court sees Just and fit_

or any other relief to which petitioner may be entitled.

_Roy White_       594828
                                  , Prison No.
Lawton Correctional Facility
8607 SE Flower Mound Rd.
Lawton, OK 73501-9700
*(Petitioner Pro Se)*

15

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition For Writ of Habeas Corpus was placed in the prison mailing system on _12th_ day of _May_ , 2020 .

Executed (signed) on _12th_ day of _May_ , 2020 .

_Roy White 594828_

, Prison No.

Lawton Correctional Facility
8607 S.E. Flower Mound Road
Lawton, Oklahoma 73501-9700
*(Petitioner Pro Se)*

16