Roy White #594828
LCF/ 8-B-224
8607 SE Flower Mound Rd
Lawton, Okla.
73501

Hasler
05/13/2020
US POSTAGE $003.00º
FIRST-CLASS MAIL
ZIP 73501
011E11682821

Court Clerk
U.S. Dist. Court
Western Dist of Okla.
U.S. Court house
200 NW 4th St., Rm 1210
Okla City, Okla
73102

RECEIVED
MAY 1 4 2020
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

MAY 12 2020
SK

LEGAL MAIL

LEGAL MAIL